IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TODD J. BRUSEAU,

    Plaintiff,

vs.                                          Case No.: 2:13-cv-514
                                                      JUDGE SMITH
                                                      Magistrate Judge King

ANTHONY L. SMITH,

    Defendant.

## ORDER

On May 30, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction and for failure to state a claim. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. **Plaintiff's Complaint is hereby DISMISSED.**

        **IT IS SO ORDERED**.

                                                 */s/ George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**