IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TODD J. BRUSEAU,**

      **Plaintiff,**

vs.                                        **Case No.: 2:13-cv-514**
                                                 **JUDGE SMITH**
                                                 **Magistrate Judge King**

**ANTHONY L. SMITH,**

      **Defendant.**

**ORDER**

On May 30, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction and for failure to state a claim. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's **Complaint is hereby DISMISSED.**

        **IT IS SO ORDERED**.

                                                    */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**